940

petitioner. *Richard C. Bull, Thomas Raeburn White* and *Thomas B. K. Ringe* for respondents.

No. 712. JUNGERSEN *v.* AXEL BROS., INC. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Elliott L. Biskind* for petitioner. *John Vaughan Groner* for respondents.

No. 714. DICTOGRAPH PRODUCTS, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Louis P. Haffer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Charles F. Barber, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 238, Misc. LOVEJOY *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. John G. Fox,* Attorney General of West Virginia, and *T. D. Kauffelt,* Assistant Attorney General, for respondent.

No. 398, Misc. COLLINS *v.* HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for Heinze, respondent.

No. 428, Misc. ORTEGA *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 532, Misc. POLLACK *v.* ASPBURY ET AL. C. A. 2d Cir. Certiorari denied.